# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| IN RE:   Lindsey S. Skeens | Case Number:   16-51758 |
| Debtor | |

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 12/7/2016, Court Doc. # 26

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Lindsey S. Skeens
8622 Kentucky Highway 356
Cynthiana, KY  41031

CORD, GINGER C
155 EAST MAIN ST  #330
LEXINGTON , KY  40507-1300

SYNCHRONY BANK
% RECOVERY MANAGEMENT
SYSTEMS CORP
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL  33131-1605

LERNER, SAMPSON & ROTHFUSS
P O BOX 5480
CINCINNATI, OH  45201-5480

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, December 23, 2016
(grs)